[Nos. 24358-3-III; 24881-0-III.  Division Three.  April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY GREEN, *Appellant*.

*In the Matter of the Personal Restraint of* PERRY GREEN, *Petitioner*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-1-00019-2, Rebecca M. Baker, J., entered July 8, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 24438-5-III.  Division Three.  April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. REGNANDO CANTO LOPEZ, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 03-1-03407-1, Michael P. Price and Neal Q. Rielly, JJ., entered January 4 and July 29, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown, J., and Kato, J. Pro Tem.

[No. 24739-2-III.  Division Three.  April 10, 2007.]

JOLIE SCHONDER, *Respondent*, v. DEBORAH THOEN ET AL., *Defendants*, ECHO LUNDEBERG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-02492-3, Salvatore F. Cozza, J., entered March 31, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J.